Jack SCHWINDLER and Schwindler Brokerage Co., Appellants,

v.

Jerry J. SCALI, Respondent.

No. WD 35599.

Missouri Court of Appeals, Western District.

Nov. 6, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 26, 1984.

Application to Transfer Denied Feb. 26, 1985.

Paul E. Vardeman and Mark J. Bredemeier of Polsinelli, White & Vardeman, Kansas City, and Robert K. Waldo of Chinnery, Stover, Waldo, Huston & Bertram, Lee's Summit, for appellants.

Robert M. Modeer of Hoskins, King, McGannon, Hahn & Hurwitz, Kansas City, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

PER CURIAM:

ORDER

This is a civil action for damages upon alleged misrepresentation and fraud in the inducement to enter a contract and the execution of a promissory note.

The judgment is affirmed. Rule 84.16(b).